

**FILED**

NOV 1 8 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY \_\_\_BG\_\_\_ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:20-mj-1306-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CRIMINAL INFORMATION** |
| ) | |
| DILON BLAIN BOWEN ) | |

The United States Attorney charges that:

### Count One

On or about October 30, 2020, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the defendant, DILON BLAIN BOWEN, did unlawfully and willfully carry concealed about his person a Glock 43X 9mm semi-automatic pistol, in violation of North Carolina General Statute, Section 14-269(a1), as assimilated by the provisions of Title 18, United States Code, Section 13.

### Count Two

On or about October 30, 2020, in the Eastern District of North Carolina, at Marine Corps Base, Camp Lejeune, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, DILON BLAIN BOWEN, did knowingly, willfully, and unlawfully go upon Marine Corps Base, Camp Lejeune, in

violation of a lawful regulation, to wit: Marine Corps Base Order P5500.1, in violation of Title 18, United States Code, Section 1382.

ROBERT J. HIGDON, JR.
United States Attorney

By: /s/ Garland W. Rowland
GARLAND W. ROWLAND
Special Assistant U.S. Attorney
Criminal Division